UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. WILLIAMS, | No. C-14-4507 EMC (pr) |
|     Plaintiff, | |
| v. | **ORDER FOR SUPPLEMENTAL INFORMATION** |
| T. MICHAEL YUEN; et al., | |
|     Defendants. | |

    Plaintiff, in custody at the Coalinga State Hospital, has filed this *pro se* civil rights action under 42 U.S.C. § 1983 complaining of events and omissions that took place during the civil commitment proceedings against him under California's Sexually Violent Predators Act. *See* Cal. Welf. & Inst. Code §§ 6600-6609.3. The Court needs additional information from Plaintiff to screen the complaint under 28 U.S.C. 1915. Specifically, Plaintiff must inform the Court whether the civil commitment proceedings are still pending or whether he has been civilly committed as a sexually violent predator. This need not be a long document, and can be labelled "notice of status of commitment proceedings" or something similar.

    The Court also needs additional information from Plaintiff in order to decide his application to proceed *in forma pauperis.* A person who is civilly detained is not a prisoner within the meaning of the Prison Litigation Reform Act and therefore is not subject to 28 U.S.C. § 1915(b)'s payment schedule, but the Court may still examine his ability to pay a full or partial filing fee. To aid the Court in determining whether to assess any full or partial filing fee, Plaintiff must submit a copy of

his current trust account statement from the institution in which he is housed.  The trust account statement is an appropriate requirement for someone who is in custody (even if on a civil detention) and is having some or all of his basic needs met.  For example, if someone in custody has $500 in a trust account and someone out of custody has $500 in a checking account, their overall financial situations likely are not comparable because the person in custody has no housing expenses while the person not in custody may have rent and utility expenses.

Plaintiff must provide the requested information about the status of the SVPA proceedings, and provide a copy of his current inmate trust account statement no later than **December 31, 2014.** Failure to file the required documents may result in the dismissal of this action.

IT IS SO ORDERED.

Dated:  December 2, 2014

_____
EDWARD M. CHEN
United States District Judge

2