UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL B. WILLIAMS,

    Plaintiff,

    v.

T. MICHAEL YUEN; *et al.*,

    Defendants.

No. C-14-4507 EMC (pr)

**ORDER OF DISMISSAL**

    Michael Williams is in custody at the Coalinga State Hospital in Fresno County either because he has been committed or civil commitment proceedings are pending against him under California's Sexually Violent Predators Act. He filed this *pro se* civil rights action under 42 U.S.C. § 1983 complaining of events and omissions that took place in San Francisco County Superior Court in connection with the civil commitment proceedings against him. The Court denied Mr. Williams' *in forma pauperis* application because, notwithstanding his failure to mention it on his application, Mr. Williams had a substantial bank balance and could pay the filing fee. The Court ordered him to pay the full $400.00 filing fee no later than March 27, 2015 or the action would be dismissed.

    Mr. Williams did not pay the filing fee. Mr. Williams did, however, file a motion trying to get this Court to adjudicate a separate dispute he has with Coalinga State Hospital about a withdrawal from his personal account made on January 25, 2011 to pay for his care and treatment. He asks this Court to compel the hospital trust account office to provide a certified copy of his trust account balance and to determine whether Section 71555 of Title 22 of the California Code of Regulations preempts California Welfare and Institutions Code Section 7281. The Court declines

the invitation because that dispute is irrelevant to the issues in this action.  Mr. Williams' dispute with the hospital about a charge in 2011 has nothing to do with Defendant, has nothing to do with his filing fee obligation, and has nothing to do with the subject of the complaint in this action. According, Mr. Williams' "motion for an order to compel the appropriate hospital patient's trust officer to certify a statement" is DENIED.  (Docket # 7.)   If Mr. Williams wants to pursue a claim against the Coalinga State Hospital about a charge imposed at the hospital, he would need to file a new action in the proper venue.  The proper venue would be the U.S. District Court for the Eastern District of California if he wishes to file a complaint under 42 U.S.C. § 1983, or  the Fresno County Superior Court if he wishes to file an action under state law.

Mr. Williams did not pay the filing fee and the deadline by which to do so has long passed. Accordingly, this action is dismissed for failure to pay the filing fee.  The Clerk shall close the file.

IT IS SO ORDERED.

Dated: July 8, 2015

_____
EDWARD M. CHEN
United States District Judge

2