UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. WILLIAMS,<br><br>   Plaintiff,<br><br>   v.<br><br>T. MICHAEL YUEN,<br><br>   Defendant. | Case No. 14-cv-04507-EMC<br><br>**ORDER DENYING RULE 59 MOTION AND REQUEST FOR APPOINTMENT OF COUNSEL**<br><br>Docket Nos. 29, 30 |

On May 13, 2016, the Court dismissed this *pro se* civil rights action under 42 U.S.C. § 1983 from Plaintiff, who currently is in custody at the Coalinga State Hospital.

Plaintiff has filed a motion for reconsideration of the order of dismissal and judgment. A party may move to alter or amend a judgment in a motion filed no later than 28 days after entry of judgment. *See* Fed. R. Civ. P. 59(e). A motion for reconsideration under Federal Rule of Civil Procedure 59(e) "'should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed *clear error*, or if there is an intervening change in the law.'" *McDowell v. Calderon*, 197 F.3d 1253, 1255 (9th Cir. 1999) (citation omitted) (en banc). Plaintiff has not shown newly discovered evidence, clear error by the Court, or an intervening change in the law. The order of dismissal correctly determined that the complaint did not state a claim for relief under 42 U.S.C. § 1983. His motion for reconsideration therefore is **DENIED**. (Docket No. 29.)

Plaintiff also has filed a notice of appeal and request for appointment of counsel. (Docket No. 30.) Having dismissed the action, the Court sees no likelihood of success on the merits of the action. Accordingly, the request for appointment of counsel is **DENIED**. (Docket No. 30.) This denial is without prejudice to Plaintiff filing a new request for appointment of counsel in the Ninth

Circuit.

The Ninth Circuit has requested this Court to determine whether *in forma pauperis* status should continue for Plaintiff on appeal in this action or whether the appeal is frivolous or not taken in good faith. *See* 28 U.S.C. § 1915(a)(3). *In forma pauperis* status may continue for Plaintiff on appeal because his appeal appears to have been taken in good faith.

**IT IS SO ORDERED**.

Dated: July 18, 2016

_____
EDWARD M. CHEN
United States District Judge